1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

| IN RE DEEP VEIN THROMBOSIS LITIGATION | ) | MDL No. 04-1606 VRW |
|---|---|---|
| | ) | ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [~~PROPOSED~~] |
| This Document Relates to: | ) | |
| *Plotkin v. British Airways*, C 03-3242 | ) | |
| *Conte. v. British Airways* C 05-1320 | ) | |
| *Klonoski v. British Airways* C 05-2476 | ) | |
| *Biswas v. British Airways* C 05-1895 | ) | |
| *Menditto v. British Airways* 04-04896 | ) | |
| | ) | |

        On August 2, 2006, Clyde & Co US LLP filed with this Court a Notice of Substitution of Attorney on behalf of defendant British Airways PLC. After consideration of the Notice of Substitution of Attorney submitted by counsel, the Court orders that:

//
//
//
//
//
//

ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED]

1  Request of defendant British Airways PLC to substitute Clyde & Co US
2  LLP as its attorneys of record in place and stead of Condon & Forsyth LLP is
3  hereby approved.
4
5  IT IS SO ORDERED.
6
7  DATED: _____, 2006    _____
   HONORABLE VAUGHN R. WALKER
8  UNITED STATES DISTRICT JUDGE

-2-
ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED]